UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHARLES F.O. BURGESS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 23-cv-11805-ADB |
| | * | |
| MARTIN O'MALLEY, | * | |
| Commissioner of Social Security, | * | |
| | * | |
| Defendant. | * | |
| | * | |

## **MEMORANDUM AND ORDER**
## **ADOPTING REPORT AND RECOMMENDATION**

BURROUGHS, D.J.

Plaintiff Charles F.O. Burgess ("Claimant") brings this action pursuant to section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), challenging the final decision of the Commissioner of the Social Security Administration (the "Commissioner") denying his claim for disability benefits. Currently pending before the Court are Claimant's Motion for an Order Reversing the Commissioner's Decision, [ECF No. 10], and the defendant's cross Motion to Affirm the Commissioner's Decision, [ECF No. 17]. The Court referred these motions to Magistrate Judge M. Page Kelley for a report and recommendation. [ECF No. 9]. On August 19, 2024, Judge Kelley issued a Report and Recommendation, to the effect that Claimant's motion should be denied, and Defendant's motion should be allowed. [ECF No. 19]. Objections to the Report and Recommendation were due on September 3, 2024, and none were filed. Upon *de novo* review, the Court hereby **ADOPTS** the Report and Recommendation [ECF No. 19] for the reasons set forth therein.

Accordingly, the Court ADOPTS the Report and Recommendation. [ECF No. 19]. Claimant's motion to reverse [ECF No. 10] is DENIED and the Commissioner's motion to affirm [ECF No. 17] is ALLOWED.

**SO ORDERED.**

September 9, 2024                                  /s/ Allison D. Burroughs
                                                   ALLISON D. BURROUGHS
                                                   U.S. DISTRICT JUDGE